IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 12-cr-632-1 |
| v. | : |
| | : |
| | : |
| JERMAINE TRIPPETT | |

**O R D E R**

BERLE M. SCHILLER, J.

AND NOW, this 13th day of January, 2021, upon careful and independent consideration of the Motion to Vacate, Set Aside, or Correct a Federal Sentence, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Motion for Section 2255 Relief is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Berle M. Schiller*
BERLE M. SCHILLER, J.