**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **CRIMINAL ACTION** |
| **v.** : | |
| : | **No. 12-632-01** |
| : | **BOP No. 68688-066** |
| **JERMAINE TRIPPETT** : | |

## ORDER TO REDUCE TERM OF IMPRISONMENT

**AND NOW**, this **5th** day of **March 2021**, upon consideration of Defendant's Pro Se Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i), the Government's responses, and for the reasons provided in this Court's Memorandum dated March 5, 2021, it is **ORDERED** that:

1. The Motion (Document No. 51) is **GRANTED**.

2. Trippett's term of imprisonment is reduced to time served. He shall be released from the custody of the Bureau of Prisons ("BOP") as soon as reasonably practicable, and he completes a 14-day quarantine at the FCI (unless, in the BOP's determination, this is not necessary because he has already been effectively quarantined, or is not practical given the resources of the facility; in that case, the Defendant should be ordered to self-quarantine for 14 days at the residence approved by the Probation Office).

3. Upon his release from custody, Trippett shall begin serving a period of three years of supervised release.

4. Within twenty-four hours of release, Trippett shall contact the United States Probation Office and shall follow its instructions.

5. **IT IS FURTHER ORDERED** that the Probation Office shall notify the Court if a release plan cannot be implemented by the time that the Bureau of Prisons is prepared to release the Defendant pursuant to this Order.

        **BY THE COURT:**

        **/s/ Berle M. Schiller**
        **Berle M. Schiller, J.**